UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC WILLIAMS (#478201)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 12-482-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 25, 2013 (doc. no. 14). The plaintiff has filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss is GRANTED and this action is DISMISSED, without prejudice to any state law claim unless, within 21 days, the plaintiff amends the complaint to allege facts against each named defendant which state a claim for a violation of a federal law or a provision of the U.S. Constitution.

Baton Rouge, Louisiana, this 20th day of March, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA